April 16, 2004

Mr. William R Allensworth
Allensworth & Porter
620 Congress Ave., Suite 1600
Austin, TX 78701

Mr. Charles Steven Estee
7BN Dallas City Hall
1500 Marilla Street
Dallas, TX 75201
Ms. Retta A. Miller
Jackson & Walker, LLP
901 Main Street, Suite 6000
Dallas, TX 75202

RE: Case Number: 03-0152
 Court of Appeals Number:
 Trial Court Number:

Style: CITY OF DALLAS, TEXAS
 v.
 INTERSTATE CONTRACTING CORPORATION

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion in
the above-referenced cause. See enclosure.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Stephen R. Miller |
| |Mr. Charles R. Fulbruge |
| |III, Clerk |